**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1700

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

REITA M. RICHMOND; UNITED STATES POSTAL
SERVICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-05-615-1)

Submitted: September 29, 2005          Decided: October 5, 2005

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals the district court's order dismissing his civil action as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Levy v. Richmond, No. CA-05-615-1 (E.D. Va. filed June 17, 2005 & entered June 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED